Brian K. Julian – ISB No. 2360
Bret A. Walther – ISB No. 4721
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:         bjulian@ajhlaw.com
                    bwalther@ajhlaw.com

Attorneys for Defendant Kuna School District

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.V., a minor,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KUNA SCHOOL DISTRICT, A PUBLIC CORPORATION,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00009-BLW<br><br>MOTION TO DISMISS |

**COMES NOW** the above-captioned Defendant, Kuna School District, by and through its counsel of record, Anderson Julian & Hull LLP, and pursuant to District of Idaho Local Civil Rule 83.6, and this Court's Order dated June 6, 2018 (Dkt. 18), hereby moves this Court to dismiss this matter with prejudice. This Motion is made and based upon the following documents on file with the Court:

　　　　1.　　On June 5, 2018, counsel for Plaintiff filed a Motion to Withdraw as Counsel of Record (Dkt. 17);

MOTION TO DISMISS - 1

2. On June 6, 2018, the Court issued its Order (Dkt. 18) granting Plaintiff's Counsel's Motion to Withdraw as Counsel (Dkt. 17), and provided in the Order that if "Plaintiff fails to appear in this action, either in person or through a newly appointed attorney within that twenty-one (21) days, [from the date of service], such failure shall be grounds for dismissal of Plaintiff's claims with prejudice without further notice."

On June 8, 2018, at the approximate hour of 9:55:18, Rachel Vasquez, on behalf of her son, J.V., a minor, was served with a copy of the Court's Order Granting Motion to Withdraw as Attorney for Plaintiff. *Affidavit of Proof of Service of Order Granting Motion to Withdraw as Attorney for Plaintiff (Dkt. 19)*.

As of midnight, June 29, 2018, the twenty-one (21) day period for Plaintiff to enter an appearance in this action expired, and as of that date and time, the required Appearance had not been filed with the Court.

WHEREFORE, pursuant to District of Idaho Local Civil Rule 83.6, and this Court's Order (Dkt. 18) dated June 6, 2018, Defendant respectfully requests this Court enter an Order dismissing Plaintiff's claims with prejudice without further notice to Plaintiff.

DATED this 2 day of July, 2018.

ANDERSON, JULIAN & HULL LLP

By /s/ Brian K. Julian
Brian K. Julian, Of the Firm
Attorneys for Kuna School District

MOTION TO DISMISS - 2