IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.V., a minor,<br><br>            Plaintiff,<br><br>     v.<br><br>KUNA SCHOOL DISTRICT,<br><br>            Defendant. | Case No.  1:18-cv-00009-BLW<br><br>**ORDER** |

    Pursuant to District of Idaho Local Civil Rule 83.6, the Court granted the Motion to Withdraw as Counsel (Dkt. 17), and permitted counsel to withdraw so long as withdrawing counsel continued to represent Plaintiff pursuant to Dist. Idaho Loc. Civ. R. 83.6(c)(2) until proof of service of this Order on the client had been filed with the Court, or alternatively, until such time as Plaintiff notified the Court in writing that she has received the Court's Order.  The Court also gave Plaintiff twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom she will be represented.

    The proof of service was filed on June 8, 2018, and the 21-day period has expired. Plaintiff has failed to appear in this action, either in person or through a

**Order - 1**

newly appointed attorney.  Accordingly, the Court will dismiss Plaintiff's claims with prejudice.

**IT IS ORDERED:**

1. Plaintiff's claims are dismissed with prejudice.

2. The Court will enter a separate judgment in accordance with Fed. R. Civ. P. 58.

DATED:  **July 9, 2018**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

Order - 2