IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| J.V., a minor,<br><br>    Plaintiff,<br><br>v.<br><br>KUNA SCHOOL DISTRICT,<br><br>    Defendant. | Case No.  1:18-cv-00009-BLW<br><br>**JUDGMENT** |

In accordance with the Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims be dismissed with prejudice, and that this case be closed.

DATED:  **July 9, 2018**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge

**JUDGMENT- 1**